UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 17, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

·Plaintiff,

v.

JASMIN AYALA-ZAMORA,

Defendant.

Case No. 3:20-mj-00001-DMC-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JASMIN AYALA-ZAMORA Case No. 3:20-mj-00001-DMC-2 Charges 21 U.S.C. §§846, 841(a)(1) from custody for the following reasons:

____ Release on Personal Recognizance

X Bail Posted in the Sum of $ _____

    X Unsecured Appearance Bond $ 50,000

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety    *Co signed by Graciella Ayala-Zamora*

    ____ Corporate Surety Bail Bond

    X (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on January 17, 2020 at 2:31 P.M.

By: _____
Magistrate Judge Carolyn K. Delaney